B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of North Carolina (NC Exemptions)

In re: **Bryan E. Scoggins, Sr.**
**Robin Ann Scoggins**
Debtor(s)

Case No. **10-81918**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| | |
|---|---|
| **Creditor's Name:**<br>State Employees Credit Union *** | **Describe Property Securing Debt:**<br>House and Land:<br>1006 Christy Ridge Court<br>Rougemont, NC 27572<br>Valuation Method (Sch. A & B) : FMV unless otherwise noted. |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain **Retain Collateral and Continue to Make Regular Payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

---

**Property No. 2**

| | |
|---|---|
| **Creditor's Name:**<br>State Employees Credit Union *** | **Describe Property Securing Debt:**<br>2000 Jeep Cherokee<br>VIN: 1J4FF58S2YL211779<br>Geico Insurance Policy# 4143770313<br>Current Mileage: 110,000 |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**State Employees Credit Union \*\*\*** | **Describe Property Securing Debt:**<br>**2000 Jeep Cherokee**<br>**VIN: 1J4FF58S2YL211779**<br>**Geico Insurance Policy# 4143770313**<br>**Current Mileage: 110,000** |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **November 19, 2010**  Signature  **/s/ Bryan E. Scoggins, Sr.**
  **Bryan E. Scoggins, Sr.**
  Debtor

Date **November 19, 2010**  Signature  **/s/ Robin Ann Scoggins**
  **Robin Ann Scoggins**
  Joint Debtor